UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DARWIN HIERRO-CLASE,

        Defendant.

- - - - - - - - - - - - - - - - - - - x



**ORDER**

(S1) 21 Cr. 161 (CM)

WHEREAS, DARWIN HIERRO-CLASE, the defendant, intends to change his not guilty plea to guilty pursuant to a plea agreement dated April 6, 2021;

WHEREAS, the Honorable Colleen McMahon has referred the change of the defendant's plea hearing to magistrate court;

WHEREAS, the CARES Act and findings made by the Judicial Conference of the United States and Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by phone or video, subject to certain findings made by the District Judge;

WHEREAS, all proceedings in magistrate court are taking place remotely, either by telephone or by videoconference, because of the ongoing COVID-19 pandemic;

WHEREAS, the defendant was arrested in connection with this matter on July 14, 2020; and

WHEREAS, the defendant wishes to accept responsibility and enter a plea of guilty;

THE COURT HEREBY FINDS that because the defendant has consented to proceeding remotely, and for the reasons set forth in the parties' application dated May 17, 2021, the plea cannot be further delayed without serious harm to the interests of justice.

SO ORDERED.

Dated: New York, New York
       May 18, 2021

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK